# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re | **Jointly Administered under Case No. 08-45257** |
| Petters Company, Inc., et al., | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos.: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc.; | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

Douglas A. Kelley, in his capacity as the
court-appointed Chapter 11 Trustee of
Debtor Petters Company, Inc.

Plaintiff,

vs.                                                                 ADV. NO. 10-04430

Brax Capital Group, LLC f/k/a
Calico Capital, LLC,

Defendant.

## CERTIFICATE OF SERVICE

Susan M. Goettl, of the City of Prior Lake, County of Scott, State of Minnesota, states that on November 12, 2010 she served the following documents:

1. Summons;
2. Complaint;
3. Notice of Alternate Address; and
4. Scheduling Order

upon:

Brax Capital Group, LLC
c/o Abraxas J. DiScala, CEO
9440 S. Santa Monica Boulevard
Suite 710
Beverly Hills, CA 90210

via Certified Mail, Return Receipt Requested, and also by U.S. Mail, First Class, to the addresses listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in these cases by filing the same via ECF with the Bankruptcy Court in the District of Minnesota.

                  /e/ Susan M. Goettl
                  Susan M. Goettl