UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
-------------------------------------------------X

Case No.08-45257

In re

  Peters Company, Inc., et al.

AFFIDAVIT OF SERVICE

       Debtors.
-------------------------------------------------X

STATE OF NEW YORK  )
                         S.S.:
COUNTY OF NEW YORK)

       OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Platinum Courier Service and is not a party to this action.

       That on the 16th day of November, 2010, at approximately 10:56 am, deponent served a true copy of the Summons, Complaint, Notice of Alternate Address and Scheduling Order Re: Certain Proceedings in Chapter 11 Cases upon Brax Capital Group, LLC c/o Abraxas J. DiScala, CEO Broadsmoore Financial Group LLC at 560 Lexington Avenue, 16th Floor, New York, New York, by personally delivering and leaving the same with Brian Anderson, Chief Operating Officer of Broadsmoore Financial Group, who informed deponent that he is an officer authorized by law to receive service at that address.

       Brian Anderson is a white male, approximately 55 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 175 pounds with brown hair and blue eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
16th day of November, 2010

_____
NOTARY PUBLIC

**EVAN COHAN**
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20 14